UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR 25 AM 11:00

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. **'08 MJ 1286** |
| Plaintiff, | ) ECL |
| | ) **COMPLAINT FOR VIOLATION OF:** |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Jose Trinidad LOPEZ-Gil,** | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **April 23, 2008** within the Southern District of California, defendant, **Jose Trinidad LOPEZ-Gil,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **APRIL 2008**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Trinidad LOPEZ-Gil

## PROBABLE CAUSE STATEMENT

On Wednesday, April 23, 2008, Senior Patrol Agent E. Emge was working line watch duties in the Imperial Beach, California area of operations. At approximately 9:15 P.M., Supervisory Border Patrol Agent J. Abrantes using night vision equipment, advised Agents of a group of eight individuals running north along the west fence line of Reem Field Naval Base. Agents Emge responded to 5th Avenue and Iris Avenue in Imperial Beach, California.

As Agents Emge walked on to the trail he noticed four individuals running north towards him. Agent Emge stopped the individuals and identified himself as a United States Border Patrol and conducted an immigration inspection. All of the individuals, including one later identified as the defendant **Jose Trinidad LOPEZ-Gil**, stated that they were citizens and nationals of Mexico. After a short search of the surrounding brush Agent Emge was able to locate the other four individuals hiding in a large bush.

Agent Emge again identified himself as a United States Border Patrol Agent and asked all the subjects individually as to their country of citizenship. All of the individuals stated that they were citizens and nationals of Mexico. All of the subjects also individually stated they did not possess immigration documents allowing them to legally be in or remain in the United States and that they had entered the United States illegally by crossing the border fence. Agents Emge arrested all eight of the individuals and they were transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 08, 2006** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and was willing to speak without a lawyer present. The defendant also stated that he is a citizen and national of Mexico illegally present in the United States without proper immigration documents allowing him to enter or remain in the United States legally.

CONTINUATION OF COMPLAINT:
Jose Trinidad LOPEZ-Gil

## PROBABLE CAUSE STATEMENT

On Wednesday, April 23, 2008, Senior Patrol Agent E. Emge was working line watch duties in the Imperial Beach, California area of operations. At approximately 9:15 P.M., Supervisory Border Patrol Agent J. Abrantes using night vision equipment, advised Agents of a group of eight individuals running north along the west fence line of Reem Field Naval Base. Agents Emge responded to 5th Avenue and Iris Avenue in Imperial Beach, California.

As Agents Emge walked on to the trail he noticed four individuals running north towards him. Agent Emge stopped the individuals and identified himself as a United States Border Patrol and conducted an immigration inspection. All of the individuals, including one later identified as the defendant **Jose Trinidad LOPEZ-Gil**, stated that they were citizens and nationals of Mexico. After a short search of the surrounding brush Agent Emge was able to locate the other four individuals hiding in a large bush.

Agent Emge again identified himself as a United States Border Patrol Agent and asked all the subjects individually as to their country of citizenship. All of the individuals stated that they were citizens and nationals of Mexico. All of the subjects also individually stated they did not possess immigration documents allowing them to legally be in or remain in the United States and that they had entered the United States illegally by crossing the border fence. Agents Emge arrested all eight of the individuals and they were transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 08, 2006** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and was willing to speak without a lawyer present. The defendant also stated that he is a citizen and national of Mexico illegally present in the United States without proper immigration documents allowing him to enter or remain in the United States legally.